### INDIANAPOLIS GAS COMPANY ET AL. *v.* RAYLE.

[No. 5,518.   Filed December 8, 1905.]

From Hancock Circuit Court; *Edward W. Felt,* Judge.

Action by Asa P. Rayle against the Indianapolis Gas Company and another.   From a judgment for plaintiff, defendants appeal. *Affirmed.*

Indianapolis Gas Co. *v.* Rayle—36 Ind. App. 706.

*Kane & Kane,* for appellants.

*L. S. Baldwin,* for appellee.

WILEY, J.—The questions involved in this case and the facts upon which the rights of the parties depend are identical in substance to those presented by the record in the case of *Indianapolis Gas Co.* v. *Pierce* (1905), *ante,* 573, and upon the authority of that case the judgment is affirmed.